■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN LASKARIS, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Kellam, J.), rendered March 25, 1983, convicting him of attempted robbery in the second degree, upon his plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARGARET LEACH, Appellant.—Appeal by defendant from a judgment of the County Court, Nassau County (Boklan, J.), rendered February 16, 1984, convicting her of attempted assault in the second degree, upon her plea of guilty, and imposing sentence.

Judgment affirmed.